# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Del Monte Fresh Produce (Hawaii), Inc. v. International Longshore and Warehouse Union, Local 142, AFL-CIO (2006-074) . . . . . . . | SCWC–29037 | 11/07/2012 | Denied | 287 P.3d 190 |